## Rice, Appellant, v. Braden.

Argued Oct. 8, 1914. Appeal, No. 166, Oct. T., 1914, by plaintiffs, from judgment of C. P. Washington Co., in equity, No. 2222, sustaining demurrer to bill in equity in case of Maggie A. Rice, Peter Kane, Daniel Kane, Owen Kane, John Bellew, Malachy Bellew, Joseph Bellew and Bernard Bellew v. Anna Braden and O. D. Bleakley, Trustee under the last will and testament of Sarah McKeown, deceased. Before MESTREZAT, POTTER, ELKIN, STEWART and MOSCHZISKER, JJ. Affirmed.

Owen C. Underwood, with him W. S. Maxey and R. H. Meloy, for appellants.

John C. Bane, with him James P. Braden, A. G. Braden, Braden & Campbell and J. M. Dickson, for appellees.

PER CURIAM, October 26, 1914:

The parties to the suit, the issues raised by the demurrer filed by defendants to the plaintiffs' bill and, in the main, the facts found by the learned chancellor in this case are the same as in Rice v. Braden, 243 Pa. 141, and for the reasons there given the decree sustaining the demurrer and dismissing the plaintiff's bill entered by the court below in this case, is affirmed.